UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RAMON QUEZADA,

                            Plaintiff,                          **ORDER**

             -against-                           **24-CV-4657 (JW)**

MADELYNE BEAUTY SUPPLIES, INC.,
MADELINE FERNANDEZ and MARTIN
PEREZ

                            Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Parties are ordered to provide the Court with a joint status update by October 18, 2024. The letter should inform the Court of whether the Parties still wish to be referred to mediation and provide the dates that were left blank in the previously filed proposed case management plan at Dkt. No. 17.

      SO ORDERED.

DATED:    New York, New York
               October 11, 2024

                                                        _____
                                                        JENNIFER E. WILLIS
                                                       United States Magistrate Judge