**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------- X

RAMON QUEZADA,

                                                Civil Action No.
                                                **1:24-cv-04657-JW**

                *Plaintiff*,

      -against-                                    **FORM OF JUDGMENT**

MADELYNE BEAUTY SUPPLIES, INC.,
MARTIN PEREZ and MADELINE
FERNANDEZ,

                 *Defendants.*
                                   X
------------------------------------------

## **JUDGMENT**

    On January 27, 2025, the Plaintiff filed a notice of acceptance of an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

    NOW, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

    That the Plaintiff, RAMON QUEZADA, has a judgment against MADELYNE BEAUTY SUPPLIES, INC., MARTIN PEREZ, and MADELINE FERNANDEZ, jointly and severally, in the amount of Twenty Thousand Dollars and Zero Cents ($20,000.00), which is inclusive of attorneys' fees and costs.

Dated:   April 8 , 2025

                                               *Jennifer E. Willis*
                                        UNITED STATES MAGISTRATE JUDGE